IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY DIVISION

| | |
|---|---|
| HUNG C. O AND YONG A. O,<br><br>   Plaintiffs,<br><br>vs.<br><br>BRIAN WALKER, SWIFT TRANSPORTATION CO. OF ARIZONA, LLC, SWIFT TRANSPORTATION COMPANY, SWIFT TRANSPORTATION CO. OF PHOENIX, LLC, AND SWIFT TRANSPORTATION, CO., LLC<br><br>   Defendants. | Case No. _____<br><br>NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT |

**NOTICE OF REMOVAL**

Defendant Swift Transportation Co. of Phoenix, LLC ("Swift") pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, and Local Rule 81.1 and 81.2, with full reservation of all defenses, objections, and exceptions, including but not limited to service, jurisdiction, venue, and statute of limitations hereby removes the above-captioned matter from the District Court of Wyandotte County, Kansas, to the United States District Court for the District of Kansas, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446.  In support thereof Swift states the following:

1. Plaintiffs, Hung C. O and Yong A. O, commenced a civil action captioned Hung C. O and Yong A. O, Plaintiffs v. Swift Transportation Co. of Phoenix, LLC, et al. (hereinafter the "State Court Action") in the District Court of Wyandotte County, State of Kansas, Case No. 2018-CV-000006 on or about January 14, 2018.

2. Swift became aware of this lawsuit after Plaintiffs served Swift with copies of Plaintiffs' Summons and Petition for Damages ("Petition") in the State Court Action by service of

process on or about January 22, 2018. In accordance with 28 U.S.C. § 1446(b), Swift timely files this Notice of Removal.

3. As required by 28 U.S.C. § 1446(a), a copy of all records and proceedings from the State Court Action are attached as Exhibit A.

4. This Notice of Removal is properly directed to this Court pursuant to 28 U.S.C. § 1446(a) as it is the United States Court embracing the District Court of Wyandotte County, Kansas where Plaintiffs' Petition is currently pending.

5. In the State Court Action, as set forth in the Petition, Plaintiffs seek to recover damages from Swift for Swift's alleged negligence by and through its driver, co-defendant Brian Walker under the doctrine of *respondeat superior*.

6. This is a civil action as to which this Court has original jurisdiction over the claims alleged here for the reasons set forth below.

   a) According to the Petition, Plaintiffs are citizens of the State of Kansas

   b) Swift is incorporated in Delaware. Swift's principal place of business is in Phoenix, Arizona.

   c) According to the Petition, Defendant Brian Walker is a citizen of the State of Nebraska.

   d) Based on the content of the Petition, Plaintiffs' claimed damages exceed $75,000.00, and Swift believes in good faith that the amount in controversy exceed $75,000.00, exclusive of costs and interest.

   f) The state court action is a civil action between citizens of different states, and the matter in controversy exceeds $75,000.00, exclusive of costs and interest. This

United States District Court has original jurisdiction over the matter pursuant to 28 U.S.C. § 1332.

7. Swift served a copy of this notice of removal on February 12, 2018, by mailing said notice to counsel of record for Plaintiffs' and by filing a copy of this notice of removal with the Kansas District Court for Wyandotte, County.

8. Pursuant to 28 U.S.C. § 1446(b)(2)(A), all defendants who have been properly joined and served, consent to this removal of this action.

WHEREFORE, Defendant Swift Transportation Co. of Phoenix, LLC hereby removes the State Court Action pending as Case No. 2018-CV-000006 in the District Court for Wyandotte County, Kansas.

Respectfully submitted,

BAKER STERCHI COWDEN & RICE, L.L.C.

/s/ John A. Watt
James R. Jarrow           MO #38686
John A. Watt              MO #52516
2400 Pershing Road, Suite 500
Kansas City, MO 64108
Telephone:    816-471-2121
Facsimile:    816-472-0288
E-mail:  jarrow@bscr-law.com
         watt@bscr-law.com
**ATTORNEYS FOR DEFENDANT SWIFT TRANSPORTATION CO. OF PHOENIX, LLC**

4839-6301-7563v.1

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was electronically filed on this 12th day of February, 2018, with the Clerk of the Court using the CM/ECF system and a copy was placed in the U.S. Mail, postage prepaid to the following:

Thomas J. Dickerson
Alexander C. Melin
DICKERSON OXTON, LLC
1200 Main St., Suite 2120
Kansas City, MO  64105
816-268-1960
816-268-1965 fax
tdickerson@dickersonoxton.com
amelin@dickersonoxton.com
**ATTORNEYS FOR PLAINTIFFS**
**HUNG C. O AND YONG A. O**

                                                      /s/ John A. Watt
                                                      Attorney for Defendant
                                                      Swift Transportation Co. of Phoenix, LLC

4839-6301-7563v.1